# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VENISHA BECKFORD,

    Plaintiff,

v.

CLARITY SERVICES, INC.,

    Defendant.

Case No. 8:20-cv-02718-T-30SPF

### DECLARATION OF KYLE J. MAURY IN SUPPORT OF DEFENDANT CLARITY SERVICES, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

I, Kyle J. Maury, declare:

1. I am an attorney duly licensed to practice law in the State of Florida, I am an associate in the firm of Jones Day, and I am counsel for Defendant Clarity Services, Inc. ("Clarity") in the above-captioned matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently thereto.

2. I submit this Declaration in support of Clarity's Motion to Dismiss the First Amended Complaint.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of an excerpt of Plaintiff's Clarity consumer disclosure, which Clarity provided to its counsel. The document has been redacted to remove personal identifying information and

information not relevant to this litigation.

4. I declare under the penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this 28th day of May, 2021 in Miami, Florida.

*/s/ Kyle J. Maury*
Kyle J. Maury
Florida Bar No. 1021684
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
Email: kmaury@jonesday.com

*Attorney for Defendant
Clarity Services, Inc.*

# Exhibit 1

# Clarity Report for BECKFORD, VENISHA

1/26/2021

## Consumer

Name
BECKFORD, VENISHA

Address



Reference Number

## Notices

Enclosed is a copy of your Clarity Credit Report and/or Clarity Credit Score, a "Summary of Your Rights Under the Fair Credit Reporting Act", and any applicable state rights for you. Below you can find links to help you read and understand this document.

If you wish to dispute information contained in your report, please call us to explain your dispute. You may also provide additional documentation to support your dispute, but it is not required. If you requested your Clarity Credit Report, but not your Clarity Credit Score, you may request and obtain a Clarity Credit Score.

OFAC score and flag values are derived from information maintained by the Office of Foreign Assets Control, a division of the U.S. Department of Treasury. Social Security Pre-Randomization and Deceased values are derived from information maintained by the Social Security Administration.

The latest information on how to read your Clarity consumer file disclosure can be found at:

https://consumersupport.clarityservices.com/how_to_read_report

The latest information on how to read your Clarity Credit Score can be found at:

https://consumersupport.clarityservices.com/how_to_read_score

Disclaimer: This consumer report may contain personally identifiable information, and may be used only in accordance with all regulatory guidelines.

©2009 - 2021 Clarity Services Inc. All Rights Reserved.

Page 1 of 31

|  | 24 Hours Ago | 7 Days Ago | 30 Days Ago | 90 Days Ago | 180 Days Ago | 1 Year Ago | 2 Years Ago |
|---|---|---|---|---|---|---|---|
| Number of Checks Cashed | | | | | | | |
| Number of Checks Attempted | | | | | | | |
| Dollar Amount of Checks Cashed | | | | | | | |
| Dollar Amount of Checks Attempted | | | | | | | |
| Average Dollar Amount of Checks Cashed | | | | | | | |
| Average Dollar Amount of Checks Attempted | | | | | | | |

Furnished on: ▮
Days Since Last Check Cashing Activity: ▮
Days Since Last Successfully Cashed Check: ▮

|  | 24 Hours Ago | 7 Days Ago | 30 Days Ago | 90 Days Ago | 180 Days Ago | 1 Year Ago | 2 Years Ago |
|---|---|---|---|---|---|---|---|
| Number of Checks Cashed | | | | | | | |
| Number of Checks Attempted | | | | | | | |
| Dollar Amount of Checks Cashed | | | | | | | |
| Dollar Amount of Checks Attempted | | | | | | | |
| Average Dollar Amount of Checks Cashed | | | | | | | |
| Average Dollar Amount of Checks Attempted | | | | | | | |

## Inquiries seen by others

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your name, date of birth and driver's license/state, then all those data elements came from the same inquiry.

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 11/30/2020 10:02:11 am EST yr37cyjsj0 | Credit Application | Online Line of Credit | Elastic |
| 11/28/2020 12:49:44 pm EST 2r6c076a1v | Credit Application | Online Installment Loan | Credit Ninja/FMS |
| 11/28/2020 12:06:08 pm EST e9c1rm503r | Credit Application | Online Payday Loan | TMG/American Web Loan |
| 11/26/2020 3:54:35 pm EST 10tvp62pc6 | Credit Application | Online Installment Loan | LendingPoint |
| 11/25/2020 2:41:16 pm EST prqdv4dctd | Credit Application | Online Installment Loan | FstElecBnk/Personify |

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 11/23/2020 12:29:34 pm EST ccewe9sfhx | Credit Application | Online Installment Loan | Big Picture Loans |
| 11/23/2020 12:25:36 pm EST t7rbb843qr | Credit Application | Online Installment Loan | Big Picture Loans |
| 11/21/2020 5:42:09 pm EST q4b7twt74z | Credit Application | Online Installment Loan | Credit Cube |
| 11/12/2020 1:46:44 pm EST gd88z9zg5r | Credit Application | Online Installment Loan | Verge Credit/Stride Bank |
| 11/12/2020 1:46:41 pm EST v9psv09e9k | Credit Application | Online Installment Loan | Verge Credit/Stride Bank |
| 11/12/2020 1:46:40 pm EST nfpr833rnr | Credit Application | Online Installment Loan | Verge Credit/Stride Bank |
| 11/12/2020 1:46:29 pm EST qjz39pezrw | Credit Application | Online Installment Loan | Verge Credit/Stride Bank |
| 11/12/2020 1:41:07 pm EST 6d4px3j4f1 | Credit Application | Online Installment Loan | Upfront Proc/Choice Cap |
| 11/12/2020 1:40:07 pm EST gjgzpfk6tn | Credit Application | Online Payday Loan | TMG/American Web Loan |
| 11/12/2020 1:40:06 pm EST rgtkb7v12d | Credit Application | Online Payday Loan | TMG/American Web Loan |
| 11/12/2020 1:31:48 pm EST dv13gqmaph | Credit Application | Online Line of Credit | CBW / CreditFresh |
| 11/10/2020 7:48:03 am EST 1pxgqxq3z4 | Credit Application | Online Installment Loan | Credit Cube |
| 11/10/2020 7:47:59 am EST 3q6jhzxt8m | Credit Application | Online Installment Loan | FinWise Bank/OppLoans |
| 11/10/2020 7:47:59 am EST qr13dyy6j2 | Credit Application | Online Line of Credit | CBW / CreditFresh |
| 11/10/2020 7:46:50 am EST teaw6jfbrg | Credit Application | Online Installment Loan | Arrowhead Advance |
| 11/10/2020 7:46:39 am EST rhv8kmabbp | Credit Application | Online Installment Loan | Explore Credit/Hive Financial Systems |
| 11/10/2020 7:45:59 am EST m65cdx4w4y | Credit Application | Online Installment Loan | Credit Ninja/FMS |
| 9/3/2020 9:46:14 am EDT c8hwg9rf1p | Credit Application | Online Payday Loan | TMG/American Web Loan |
| 5/19/2020 2:32:48 pm EDT s6bwdpf5xd | Rent-to-Own | Storefront Rent-to-Own | SmartPay Lease |
| 5/19/2020 2:31:51 pm EDT xjftjkdprv | Rent-to-Own | Storefront Rent-to-Own | SmartPay Lease |
| 4/10/2020 12:02:23 pm EDT na8zmz0ryb | Rent-to-Own | Online Rent-to-Own | Snap Finance |
| 1/14/2020 10:56:07 am EST vjattb005t | Rent-to-Own | Online Rent-to-Own | FinWise/AmerFirstFin |
| 12/18/2019 10:28:43 am EST 52thj42hq3 | Credit Application | Online Installment Loan | Radiant Cash |
| 12/18/2019 10:24:53 am EST k6213nsyxj | Credit Application | Online Installment Loan | Loan At Last |
| 12/18/2019 10:24:28 am EST y7arnvw7kq | Credit Application | Online Installment Loan | Loan At Last |
| 12/6/2019 9:41:54 am EST czg4fww3ae | Credit Application | Online Installment Loan | Loan At Last |
| 12/5/2019 2:32:51 pm EST ey5zeakkwy | Credit Application | Online Installment Loan | Loan At Last |
| 12/5/2019 2:02:17 pm EST rzngpg9x4e | Credit Application | Online Installment Loan | Radiant Cash |
| 12/5/2019 2:01:08 pm EST gztr3nm3y4 | Credit Application | Online Installment Loan | Radiant Cash |
| 12/5/2019 2:00:54 pm EST h4x9emymm2 | Credit Application | Online Installment Loan | Loan At Last |
| 12/5/2019 2:00:42 pm EST z7xpj2egk8 | Credit Application | Online Installment Loan | Green Trust Cash |
| 12/4/2019 1:25:25 pm EST kqcxq100a0 | Credit Application | Online Installment Loan | Radiant Cash |
| 12/4/2019 1:24:48 pm EST w7e3gedabf | Credit Application | Online Installment Loan | UbiCash |
| 12/4/2019 1:18:01 pm EST e6acdhgbnh | Credit Application | Online Installment Loan | ZestSvcs/BlueChip |

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 12/4/2019  1:17:52 pm EST tfb00p5gvf | Credit Application | Online Installment Loan | ZestSvcs/BlueChip |
| 12/4/2019  1:09:22 pm EST 16zd3z9yyv | Credit Application | Online Installment Loan | Radiant Cash |
| 12/4/2019  1:09:22 pm EST 7j1jtncrwz | Credit Application | Online Installment Loan | Radiant Cash |
| 12/4/2019 10:41:38 am EST wyna4afrwp | Credit Application | Online Installment Loan | Credit Cube |
| 12/4/2019 10:41:12 am EST ts4kn2fv8n | Credit Application | Online Installment Loan | WLCC Lending AIL |
| 12/2/2019  1:23:54 pm EST 8je8fpe9cn | Credit Application | Online Payday Loan | Sky Cash USA |
| 12/2/2019  1:23:31 pm EST 53qmtdrpkh | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 12/2/2019  1:18:48 pm EST 33vkp7cjt9 | Credit Application | Online Installment Loan | Lead Bank |
| 12/2/2019  1:18:30 pm EST 0ft52evwvj | Credit Application | Online Payday Loan | TMG/American Web Loan |
| 12/2/2019  1:18:27 pm EST 2mefecd44c | Credit Application | Online Payday Loan | TMG/American Web Loan |
| 12/2/2019  1:12:02 pm EST 1mpt1e851k | Credit Application | Online Installment Loan | Loan At Last |
| 12/2/2019  1:10:35 pm EST pfrwbx39cc | Credit Application | Online Installment Loan | Bright Lending |
| 12/2/2019  1:10:15 pm EST hp6ewwjfyh | Credit Application | Online Installment Loan | Ripple Cash |
| 12/2/2019  1:10:07 pm EST ec1bc55yq6 | Credit Application | Online Installment Loan | National Small Loan |
| 12/2/2019  1:10:06 pm EST vm0wgtz7j6 | Credit Application | Online Installment Loan | National Small Loan |
| 12/2/2019  1:09:48 pm EST fgxeekpqzw | Credit Application | Online Installment Loan | Loan At Last |
| 9/29/2019 12:18:42 pm EDT 8q3m3s6w3v | Credit Application | Online Payday Loan | TMG/American Web Loan |
| 9/29/2019 12:18:40 pm EDT 09p1fj010v | Credit Application | Online Payday Loan | TMG/American Web Loan |
| 9/19/2019 12:00:24 pm EDT 26fjr6yzt4 | Credit Application | Online Installment Loan | 605Lend |
| 9/19/2019 11:47:05 am EDT x0r52rs4mg | Credit Application | Online Installment Loan | Ready Set Go Finance |
| 9/19/2019 11:46:59 am EDT msj97rmnbt | Credit Application | Online Payday Loan | Sky Cash USA |
| 9/19/2019 11:46:57 am EDT tdjd4jq92g | Credit Application | Online Installment Loan | FinWise Bank/OppLoans |
| 9/19/2019 11:42:30 am EDT t8p477hfxx | Credit Application | Online Installment Loan | Radiant Cash |
| 9/19/2019 11:42:28 am EDT hwjms93zjg | Credit Application | Online Installment Loan | Radiant Cash |
| 9/19/2019 11:42:28 am EDT wvry199xq8 | Credit Application | Online Installment Loan | Radiant Cash |
| 9/19/2019 11:42:18 am EDT 2p3ahpw262 | Credit Application | Online Installment Loan | Credit Cube |
| 9/19/2019 11:41:46 am EDT wmd1zazv8p | Credit Application | Online Installment Loan | Netcashman |
| 9/19/2019 11:41:23 am EDT sg8kmdjft8 | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 9/19/2019 11:40:49 am EDT cq7b954q20 | Credit Application | Online Installment Loan | Lakeshore Loans |
| 9/19/2019 10:15:15 am EDT anrybvczr5 | Credit Application | Online Installment Loan | Green Trust Cash |
| 9/19/2019 10:13:57 am EDT 4dxz081zys | Credit Application | Online Installment Loan | Ripple Cash |
| 9/19/2019 10:13:55 am EDT 7s7dmjbhr3 | Credit Application | Online Installment Loan | Ripple Cash |
| 9/19/2019  7:35:47 am EDT 93p0aj12n0 | Credit Application | Online Installment Loan | Netcashman |
| 9/19/2019  7:35:14 am EDT 5kwmq07hv3 | Credit Application | Online Installment Loan | Vivus Srv/Lendgreen |

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 9/19/2019  7:35:08 am EDT v4h6evp8f3 | Credit Application | Online Installment Loan | Vivus Srv/North Star |
| 9/10/2019  2:54:56 pm EDT xvbfs5jbpe | Credit Application | Online Installment Loan | Bright Lending |
| 9/10/2019  2:54:40 pm EDT kzh56ck8cb | Credit Application | Online Installment Loan | Lead Bank |
| 9/10/2019  2:54:36 pm EDT et1fmxfk9n | Credit Application | Online Line of Credit | CBW / CreditFresh |
| 9/10/2019  2:53:36 pm EDT fmt68tmcas | Credit Application | Online Installment Loan | Loan At Last |
| 9/10/2019  2:53:32 pm EDT nkzej1bnvv | Credit Application | Online Installment Loan | National Small Loan |
| 9/10/2019  2:53:31 pm EDT zc8bg7h0b3 | Credit Application | Online Installment Loan | National Small Loan |
| 8/30/2019  4:51:37 pm EDT 6069xgy22a | Rent-to-Own | Storefront Rent-to-Own | Acima Credit |
| 8/30/2019  4:51:37 pm EDT 8jfnhrtw5v | Rent-to-Own | Storefront Rent-to-Own | Acima Credit |
| 8/30/2019  4:51:37 pm EDT 80qgh4002f | Rent-to-Own | Storefront Rent-to-Own | Acima Credit |
| 8/30/2019  4:51:37 pm EDT jp84kzqsgn | Rent-to-Own | Storefront Rent-to-Own | Acima Credit |
| 8/30/2019  4:51:37 pm EDT fy3kvq3as6 | Rent-to-Own | Storefront Rent-to-Own | Acima Credit |
| 8/30/2019  4:51:37 pm EDT dk4n20rcks | Rent-to-Own | Storefront Rent-to-Own | Acima Credit |
| 4/29/2019  2:16:06 pm EDT 2n3pj0mfwq | Credit Application | Online Installment Loan | Cash Aisle |
| 4/24/2019 10:26:08 am EDT 3z7gwq170p | Credit Application | Online Installment Loan | Bright Lending |
| 4/24/2019 10:26:00 am EDT qr27dz6pq7 | Credit Application | Online Installment Loan | Vivus Srv/North Star |
| 4/24/2019 10:25:51 am EDT z6b4br3w99 | Credit Application | Online Installment Loan | National Small Loan |
| 4/24/2019 10:25:47 am EDT zv5rms3ped | Credit Application | Online Installment Loan | Axis Advance |
| 4/24/2019 10:25:41 am EDT xkzmc5ddgg | Credit Application | Online Installment Loan | Vivus Srv/Lendgreen |
| 4/24/2019 10:25:31 am EDT 5z4kbtmemf | Credit Application | Online Installment Loan | Loan At Last |
| 4/24/2019 10:25:27 am EDT vp79smm7tc | Credit Application | Online Payday Loan | Rushmore |
| 4/24/2019 10:24:56 am EDT bbptrpsyd0 | Credit Application | Online Installment Loan | Lead Bank |
| 4/24/2019 10:20:18 am EDT kx0yebf4r5 | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 4/24/2019 10:20:13 am EDT a2n29ahv2m | Credit Application | Online Installment Loan | Quick Help Loans |
| 4/12/2019  9:55:02 am EDT 7efh3jxawb | Credit Application | Online Installment Loan | Green Trust Cash |
| 4/12/2019  9:54:40 am EDT fv5d8m1haj | Credit Application | Online Installment Loan | RBC/Riverbend |
| 1/8/2019 12:53:36 pm EST 7z241qmr2z | Credit Application | Online Installment Loan | Loan At Last |
| 1/8/2019 12:53:27 pm EST a3stwkcfpj | Credit Application | Online Installment Loan | Sky Trail Cash |
| 1/8/2019 12:53:15 pm EST etax5wfe83 | Credit Application | Online Installment Loan | ZocaLoans |
| 12/21/2018  9:54:23 am EST 500bv4nc2x | Credit Application | Online Installment Loan | National Small Loan |
| 12/21/2018  9:54:22 am EST rvb02e9sbk | Credit Application | Online Installment Loan | National Small Loan |
| 12/21/2018  9:54:18 am EST rnc3wjcmth | Credit Application | Online Installment Loan | Sky Trail Cash |
| 12/21/2018  9:54:14 am EST 9vfdbvhpn9 | Credit Application | Online Installment Loan | Bright Lending |
| 12/21/2018  9:54:09 am EST hv40b3vj8w | Credit Application | Online Installment Loan | Loan At Last |

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 7/2/2018  6:58:31 pm EDT ggf6yg03x0 | Credit Application | Online Line of Credit | TCDS/MobiLoans |
| 1/17/2018  8:55:05 am EST 034b3p4z0a | Rent-to-Own | Online Rent-to-Own | Prog Leasing |
| 12/6/2017 11:24:05 am EST 0k9k8yfzfn | Credit Application | Online Installment Loan | NetCredit/Republc Bank |

## Inquiries not seen by others

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your name, date of birth and driver's license/state, then all those data elements came from the same inquiry.

| Date/Time/Tracking # | Purpose | Company |
|---|---|---|
| 1/25/2021 10:56:34 am EST 60y3kxpgp9 | Account Review | Verge Credit/Stride Bank - Monitoring |
| 1/22/2021  5:17:42 pm EST ev57wgry6m | Account Review | Verge Credit/Stride Bank - Monitoring |
| 1/22/2021  4:37:05 pm EST 2z5wwdqkes | Account Review | Verge Credit/Stride Bank - Monitoring |
| 1/20/2021  3:29:05 am EST 4zwp6h28bn | Account Review | Verge Credit/Stride Bank - Monitoring |
| 1/20/2021  3:24:53 am EST 1qffg5pa18 | Account Review | Verge Credit/Stride Bank - Monitoring |
| 1/4/2021  7:00:00 pm EST gyfhy0e9d1 | Pre-screen | FstElecBnk/Personify |
| 1/11/2021 11:49:45 am EST q1ceprnrza | Account Review | Verge Credit/Stride Bank - Monitoring |
| 1/4/2021 11:12:52 am EST 3qtrfzgqa4 | Account Review | Verge Credit/Stride Bank - Monitoring |
| 12/28/2020 11:53:53 am EST b7n327bx7v | Account Review | Verge Credit/Stride Bank - Monitoring |
| 12/21/2020 10:40:17 am EST 0kw136y70b | Account Review | Verge Credit/Stride Bank - Monitoring |
| 12/14/2020 12:20:48 pm EST v7xwy1y1n2 | Account Review | Verge Credit/Stride Bank - Monitoring |
| 12/7/2020 12:47:48 pm EST s9c3ryg2nj | Account Review | Verge Credit/Stride Bank - Monitoring |
| 11/30/2020 10:28:39 am EST m54wey9hg5 | Account Review | Verge Credit/Stride Bank - Monitoring |
| 11/23/2020 10:41:02 am EST sv3ezsxh43 | Account Review | Verge Credit/Stride Bank - Monitoring |
| 11/16/2020 10:45:37 am EST 83cpxbk90z | Account Review | Verge Credit/Stride Bank - Monitoring |
| 11/1/2020  7:00:00 pm EST z3ac5r4yk9 | Pre-screen | FstElecBnk/Personify |
| 10/13/2020  8:00:00 pm EDT stgjyydczz | Pre-screen | FstElecBnk/Personify |
| 7/1/2020 11:02:22 am EDT f0h9rfjbpz | Account Review | OneMain Financial CEPR |
| 6/24/2020  8:54:57 pm EDT t7qn17my78 | Account Review | OneMain Financial CEPR |

## Validation

| Social Security Pre-Randomization Valid | ▮▮▮ | OFAC Score | ▮▮▮ |
|---|---|---|---|